GLADYS C. JOHNSON, Plaintiff, v. HARRISON ENGINEERING AND CONTRACTING CORPORATION, Appellant, and RICHARD B. TERRY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion to modify order by permitting appellant to

serve an answer to the answer of its codefendant, granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.